IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON L. BROWN,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| COURT OF COMMON PLEAS<br>FOR DELAWARE COUNTY, *et al.*,<br>    Defendants. | NO. 18-410 |

## ORDER

AND NOW, this 6th day of February, 2018, upon consideration of Mr. Brown's motion to proceed *in forma pauperis* and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Mr. Brown's Complaint is DISMISSED with prejudice in accordance with the Court's Memorandum. To the extent that Mr. Brown raises claims challenging his robbery conviction, those claims will be dismissed without prejudice to Mr. Brown's right to reassert those claims in a new lawsuit in the event that his conviction and sentence are invalidated in the future. Mr. Brown may not file an amended complaint in this matter.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Petrese B. Tucker*
**PETRESE B. TUCKER, J.**